# United States District Court
# For The Western District of North Carolina
# Charlotte Division

Pelyn Trust,

       Plaintiff,                        JUDGMENT IN A CIVIL CASE

National Nursing Review PPS Trust,
Christopher M. Smith, and              3:08-cv-287-RJC
Vernon Crump,

       Intervening Plaintiffs,

vs.

Fair Exchange Trust, Leslie Strong,
and European Credit and Trust

       Defendants.


DECISION BY COURT. This action having come before the Court by complaint and a decision having been rendered;

IT IS ORDERED AND ADJUDGED that Judgment is hereby entered in accordance with the Court's September 3, 2009 Order.


September 3, 2009

*Frank G. Johns*
Frank G. Johns, Clerk
United States District Court